**Order filed, June 8, 2022.**



**In The**

# Fourteenth Court of Appeals
_____

**NO. 14-22-00288-CR**
_____

**DANIEL CHRISTOPHER WALSH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

---

**On Appeal from the 232nd District Court
Harris County, Texas
Trial Court Cause No. 1639142**

---

## ORDER

The reporter's record in this case was due April 18, 2022. See Tex. R. App. P. 35.1. The court sent past due notice for the reporter's record on April 29, 2022. On May 25, 2022 the court determined that the reporter's record submitted by the court reporter did not comply with Appendix C of the Texas Rules of Appellate Procedure. No response was received, and the record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order Arlene Webb, the court reporter, to file the record in this appeal **within 10 days** of the date of this order.

PER CURIAM

Panel Consists of Justices Bourliot, Hassan, and Wilson